UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALBERTO SANCHEZ,

                Plaintiff,

v.

JOHN DOE, JOHN DOE, JOHN DOE,

                Defendants.

Case No. C22-422 RAJ-TLF

REPORT AND RECOMMENDATION

NOTING DATE: JULY 1, 2022

      On April 2, 2022, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis (Dkt. 1), with respect to his proposed civil rights complaint (Dkt. 1-1). On April 29, 2022, the Court ordered plaintiff to show cause why the complaint should not be dismissed for failure to state a claim. Dkt. 3. The Court informed plaintiff that with respect to his excessive force claim, he needed to allege facts linking named Defendants, rather than "John Does", to the alleged constitutional violation. *Id.* at 3.

      Given the identified deficiencies in the proposed complaint, the Court did not grant Plaintiff's IFP application. Plaintiff was given until May 27, 2022, to show cause why his complaint should not be dismissed or file an amended complaint. Plaintiff has not responded to the Court's order to show cause. Accordingly, the undersigned recommends the Court should DENY plaintiff's IFP application and dismiss his action without prejudice for failure to prosecute.

REPORT AND RECOMMENDATION - 1

A plaintiff is not entitled to submit written objections to the Magistrate Judge's report and recommendation that IFP status should be denied. *Minetti v. Port of Seattle,* 152 F.3d 1113, 1114 (9th Cir. 1998)(per curiam). Denial of a motion to proceed IFP is an immediately appealable order. *Tripati v. Rison,* 847 F.2d 548, 548-549 (9th Cir. 1988). Under *O'Neal v. Price*, 531 F.3d 1146, 1151-1156 (9th Cir. 2008), the second amended complaint should be dismissed without prejudice.

Dated this 14th day of June, 2022.

Theresa L. Fricke
United States Magistrate Judge

NOTING DATE: JULY 1, 2022 - 2