UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALBERTO SANCHEZ,

              Plaintiff,

  v.

JOHN DOE,

              Defendants.

Case No. C22-422 RAJ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* is DENIED;

(3)    Plaintiff's complaint is DIMISSED without prejudice; and

(4)    The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 19th day of August, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1